88 A.3d 969

**Alonzo GARWOOD, Petitioner**

v.

**COURT OF COMMON PLEAS PHILADELPHIA
COUNTY, Criminal Justice Ctr. 1301 Filbert
Street Phila. PA 19107, Respondent.**

No. 22 EM 2014.

Supreme Court of Pennsylvania.

April 1, 2014.

## ORDER

PER CURIAM.

**AND NOW,** this 1st day of April, 2014, the Application for Leave to File Original Process is **GRANTED.** To the extent

the Petition for Writ of Mandamus and/or Extraordinary Relief requests extraordinary relief, it is **DENIED.** To the extent the Petition for Writ of Mandamus and/or Extraordinary Relief requests mandamus relief, it is **GRANTED.** The Court of Common Pleas of Philadelphia County is directed to adjudicate Petitioner's pending petition for writ of *habeas corpus* within 90 days of this order.